JOHN YZURDIAGA
Attorney at Law
State Bar No. 49031
800 Wilshire Boulevard, Suite 1510
Los Angeles, California 90017
Telephone: (213) 622-9262
Facsimile: (213) 622-0445
Email: johnxyz@sbcglobal.net

Attorney for Defendant
WINSTON HANJI PARK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 06-283-FMC |
|---|---|---|
| Plaintiff, | ) | DEFENDANT WINSTON HANJI PARK'S SENTENCING MEMORANDUM |
| v. | ) | |
| WINSTON HANJI PARK, et al., | ) | Date: September 19, 2007<br>Time: 2:30 p.m. |
| Defendants. | ) | |

Defendant Winston Hanji Park, by and through his attorney, John Yzurdiaga, submits this sentencing memorandum for the Court's consideration.

Respectfully submitted,

Dated: September 14, 2007         /S/
                                  JOHN YZURDIAGA
                                  Attorney for Defendant
                                  WINSTON HANJI PARK

- 1 -

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

Winston Hanji Park pled guilty to conspiracy to possess with intent to distribute and the possession with intent to distribute one kilogram of cocaine. There is no plea agreement. The Probation Office has calculated Mr. Park's Total Adjusted Offense Level at 23, Criminal History Category IV, which provides a sentencing range of 70 to 87 months. Probation has recommended a sentence of 60 months, which represents a downward departure from the Guidelines of ten months based on U.S.S.G. Section 3553 factors. The defense concurs with Probation's recommendation and requests only that Mr. Park receive credit for the year he served in state and federal custody as a result of his arrest on this case.

### DISCUSSION

On October 31, 2005, based on a pretext traffic stop for speeding, Mr. Park was contacted by the California Highway Patrol. Mr. Park was found to be in possession of one kilogram of cocaine in his vehicle. The possession of the controlled substance triggered a state parole revocation for which Mr. Park was given a one year sentence. He remained in state custody for eight months until his removal to federal custody on June 28, 2006 to face the charges now before the Court. Mr. Park's one-year parole revocation sentence terminated on October 30, 2006, while he was in federal custody. Mr. Park was in federal custody for four months of the one-year state revocation period.

The Court is respectfully requested to recommend to the Bureau of Prisons ("BOP") that Mr. Park receive credit for the year spent in state and federal custody as a result of his arrest on the current case. The Court may exercise its discretion to depart downward pursuant to U.S.S.G. Section 5G1.3, based on Section 3553 factors, which it is respectfully submitted exist in this case; however, the sentence in this case calls for a statutory minimum sentence of 60 months. Since the Court cannot depart downward below the recommended 60 months, in lieu of a downward departure the Court is requested to recommend to the BOP that Mr. Park receive credit for the year that he served in state and federal custody due to his arrest on this case and the resulting parole revocation.

//

//

## RECOMMENDATION

The Court is requested to sentence Mr. Park to a period of 60 months in the BOP, and to recommend that Mr. Park receive credit for one year served in state and federal custody after his arrest on this case.

Respectfully submitted,

Dated: September 14, 2007

/S/
JOHN YZURDIAGA
Attorney for Defendant
WINSTON HANJI PARK

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 Wilshire Boulevard, Suite 1510, Los Angeles, California 90017.

     On September 14, 2007, I served the foregoing document described as **Defendant Winston Hanji Park's Sentencing Memorandum** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Leslie de la Torre, USPO  
United States Probation Office  
600 United States Courthouse  
312 North Spring Street  
Los Angeles, California 90012

     **BY PERSONAL SERVICE**: I caused said envelopes to be delivered by hand to the offices of the addressees.

**XXX** **BY MAIL**: I deposited said envelopes with the United States Postal Service at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

     **BY FEDEX**: I caused said envelopes to be delivered via FedEx for next business day delivery to the addressee.

**XXX** **BY FACSIMILE TRANSMISSION**: I transmitted said document by facsimile at approximately 10:30 a.m. on September 14, 2007, from (213) 622-0445.

     **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

     Executed on September 14, 2007, at Los Angeles, California.

                                              /S/  
                                       STACI J. MOMII