| | |
|---|---|
| 1 | JOHN YZURDIAGA |
|  | Attorney at Law |
| 2 | State Bar No. 49031 |
|  | 800 Wilshire Boulevard, Suite 1510 |
| 3 | Los Angeles, California  90017 |
|  | Telephone:  (213) 622-9262 |
| 4 | Facsimile:  (213) 622-0445 |
|  | Email: johnxyz@sbcglobal.net |
| 5 |  |
|  | Attorney for Defendant |
| 6 | WINSTON HANJI PARK |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:  CR 06-283-FMC |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | THIRD ADDENDUM TO DEFENDANT |
|  | ) | WINSTON HANJI PARK'S SENTENCING |
| v. | ) | MEMORANDUM |
|  | ) |  |
| WINSTON HANJI PARK, et al., | ) | Date: September 19, 2007 |
|  | ) | Time:  2:30 p.m. |
| Defendants. | ) |  |

Defendant Winston Hanji Park, by and through his attorney, John Yzurdiaga, submits a letter from Neil Park, attached hereto as Exhibit C, for the Court's consideration at sentencing.

Respectfully submitted,

Dated:  September 19, 2007                    /S/
JOHN YZURDIAGA
Attorney for Defendant
WINSTON HANJI PARK

- 1 -

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 Wilshire Boulevard, Suite 1510, Los Angeles, California 90017.

     On September 19, 2007, I served the foregoing document described as **Third Addendum to Defendant Winston Hanji Park's Sentencing Memorandum** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Leslie de la Torre, USPO
United States Probation Office
600 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

     **BY PERSONAL SERVICE**: I caused said envelopes to be delivered by hand to the offices of the addressees.

**XXX** **BY MAIL**: I deposited said envelopes with the United States Postal Service at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

     **BY FEDEX**: I caused said envelopes to be delivered via FedEx for next business day delivery to the addressee.

**XXX** **BY FACSIMILE TRANSMISSION**: I transmitted said document by facsimile at approximately 10:30 a.m. on September 19, 2007, from (213) 622-0445.

     **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

     Executed on September 19, 2007, at Los Angeles, California.

                                    /S/
                                STACI J. MOMII