# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 06-00283-RGK-30 |
| Date | October 26, 2015 |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| Sharon L. Williams | Sandra MacNeil | Christopher Brunwin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| WINSTON HANJI PARK  (Citation) | X | | | Alex Kessel | X | | X |

**Proceedings:**   **PRELIMINARY REVOCATION OF SUPERVISED RELEASE**

ALSO PRESENT: Eduardo Meza, USPO

Case called.  Counsel make their appearances.  Defendant is arraigned and admits to the truthfulness of allegations one and two contained in the Petition on Probation and Supervised Release, filed on September 24, 2015.  The Court finds the defendant in violation of the terms of supervised release and orders supervised release revoked.

Revocation of Supervised Release is set for January 11, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

|  | : | 03 |
|---|---|---|
| Initials of Deputy Clerk | slw | |

cc:    USPO