JS - 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   CR 06-00283-RGK |
| | ) | CR 14-00430-RGK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT AND COMMITMENT ORDER |
| | ) | FOLLOWING REVOCATION OF |
| WINSTON HANJI PARK, | ) | SUPERVISED RELEASE |
| | ) | |
| Defendant. | ) | |

1  On January 28, 2016, the matter came on for Revocation of Supervised Release. Appearing on behalf of the Defendant was retained counsel Alex Kessel, and appearing on behalf of the Government was Assistant United States Attorney Christopher Brunwin. Also present was United States Probation Officer Eduardo Meza.

On October 26, 2015, defendant admitted to the truthfulness of allegations one and two contained in the Petition on Probation and Supervised Release, filed on September 24, 2015. The Court found the defendant in violation of the terms of supervised release and ordered supervised release revoked.

The defendant is hereby committed to the custody of the Bureau of Prisons for a period of THIRTY (30) MONTHS, in both cases, to run concurrently, with no supervision to follow.

The Court recommends that the defendant be designated to a Bureau of Prisons facility in Southern California.

**IT IS SO ORDERED.**

Dated: January 29, 2016

R. GARY KLAUSNER
United States District Judge

FILED: January 29, 2016

KIRY K. GARY, CLERK OF COURT

by:        /s/
    Sharon L. Williams
    Deputy Clerk